# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**Deona James,**

                *Petitioner*,         Case No. 3:22-cv-048

v.

                              District Judge Thomas M. Rose

**Warden, Dayton Correctional Institution,**    Magistrate Judge Karen L. Litkovitz

                *Defendant*.

_____

### ORDER ADOPTING REPORT AND RECOMMENDATIONS OF THE MAGISTRATE JUDGE, (DOC. 7), AND TERMINATING CASE.
_____

Before the Court is the Report and Recommendations of Magistrate Judge Karen L. Litkovitz (Doc. 7) recommending that that this matter be dismissed for lack of prosecution.

The Court has reviewed the findings of the Magistrate Judge and, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), this Court has made a *de novo* review of the record in this case. Upon consideration of the foregoing, the Court **ADOPTS** the Report and Recommendations (Doc. 7) in its entirety. The petition is **DISMISSED** for lack of prosecution.

The instant case is **TERMINATED** on the docket of the United States District Court for the Southern District of Ohio, Western Division at Dayton.

**DONE** and **ORDERED** this Monday, July 7, 2022.

                                                **s/THOMAS M. ROSE**

                                                _____

                                                THOMAS M. ROSE
                                                UNITED STATES DISTRICT JUDGE